Opinion filed December 21, 2005 












 
 
  
 
 







 
 
  
 
 




Opinion filed December 21, 2005 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00400-CR 

                                                    __________

 

                                  IN RE JEFFREY WAYNE BRAZIEL

 



 

                                         On
Appeal from the 238th District Court

 

                                                        Midland
County, Texas

 

                                        Trial Court Cause No. WR 02699 F 45317

 



 

                                                                   O
P I N I O N

Jeffrey Wayne Braziel
has filed in this court a motion to dismiss his appeal.  The motion is signed by both appellant and
his attorney.  The motion is granted.

The appeal is dismissed.

 

 

PER CURIAM

 

December 21, 2005

Do not publish.  See
TEX. R.
APP. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.